UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DEBORAH WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) Civil Action No: SA-17-CA-590-XR |
| | ) |
| SAFECO INSURANCE CO. OF INDIANA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER ADMINISTRATIVELY CLOSING CASE**

On this date, the Court considered the status of this case. This case has been abated pending completion of the appraisal process. The Court concludes that because all proceedings in this case are abated pending resolution of the appraisal, this case is appropriate for administrative closure. *Mire v. Full Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2004) ("District courts frequently make use of this device to remove from their pending cases suits which are temporarily active elsewhere (such as before an arbitration panel) or stayed (such as where a bankruptcy is pending). The effect of an administrative closure is no different from a simple stay ...."); *see also CitiFinancial Corp. v. Harrison*, 453 F.3d 245, 250 (5th Cir. 2006). The Clerk's office is DIRECTED to administratively close this case pending further order of the Court. Though administratively closed, this case will still exist on the docket of this Court and may be reopened upon request of any party or on the Court's own motion. *Mire*, 389 F.3d at 167. The parties shall notify the Court within thirty days of the completion of the appraisal process.

SIGNED this 20th day of September, 2017.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE